*Griesa, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EDISON LUX INDUSTRIES LLC, | : | |
| Plaintiff, | : | *USDC SDNY* |
| | : | *DOCUMENT* |
| v. | : | *ELECTRONICALLY FILED* |
| | : | *DOC #:* |
| YELP INC. | : | *DATE FILED: 5-16-13* |
| Defendant. | : | |

1:13-cv-02789-TPG

May 10, 2013

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the Plaintiff, who is in contact with Defendant's

Counsel, subject to the approval of the Court, that the time for the defendant to move, answer or

otherwise respond to the Complaint be extended to June 24, 2013.   The reason for this request is

to provide time for the defendant to analyze the Complaint and prepare a response.


Dated: May 10, 2013                    AETON LAW PARTNERS LLC

                                       _____
                                       Damian Wasserbauer (DW3507)
                                       101 Centerpoint Drive, Suite 105
                                       Middletown, CT 06457
                                       Telephone:  (860) 724-2160;
                                       damian@aetonlaw.com
                                       *Counsel for Plaintiff*
                                       *Edison Lux Industries LLC*


SO ORDERED, this ___ day of May, 2013,

_____
HON. JUDGE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE